UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOKUNTHEA SARY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAPE MAY COUNTY POLICE DEPARTMENT., *et al*.<br><br>　　　　　　Defendants. | No. 1:20-cv-11110-RMB-AMD |

**STIPULATION OF DISMISAL**

Plaintiff, Sokunthea Sary ("Plaintiff") and Defendants, Cape May County Police Department, County of Cape May Prosecutors, Cape May County, the State of New Jersey, Wildwood Police Department, North Wildwood Police Department, City of Wildwood, Middle Township New Jersey, Middle Township Police Department, Cape May County Office of the Public Defender (collectively, the "Parties") hereby stipulate:

The parties hereby stipulate and agree that the above captioned matter shall be dismissed without prejudice.

The parties further stipulate that each party shall be responsible for its own fees and costs.

By: __/s/ Samuel Wilson__
　　Samuel Wilson
　　Derek Smith Law Group, PLLC
　　1835 Market Street
　　Suite 2950
　　Philadelphia, PA 19103
　　*Counsel for Plaintiff*

　　Respectfully submitted,
By: __/s/ Brett Joseph Haroldson__
　　Brett Joseph Haroldson
　　New Jersey Department Of Law
　　and Public Safety -Division of Law
　　25 Market Street
　　Po Box 116
　　Trenton, NJ 08625
　　609-376-2780
　　brett.haroldson@law.njoag.gov

1

2

| | |
|---|---|
| By:   /s/ Michael T. Moran<br>Michael T. Moran<br>State Of New Jersey, Office of the Attorney General<br>25 Market St.<br>Po Box 116<br>Trenton, NJ 08625<br>609-376-3377<br>Michael.Moran@law.njoag.gov | By:   /s/ James R. Birchmeier<br>**James R. Birchmeier**<br>Birchmeier & Powell LLC<br>1891 STATE HIGHWAY 50<br>PO BOX 582<br>TUCKAHOE, NJ 08250-0582<br>(609) 628-3414<br>Fax: (609) 628-2966<br>jbirchmeier@birchmeierlaw.com |

                            **APPROVED AND SO ORDERED:**

                            _____

                            Honorable Renee Marie Bumb

DATED April 22, 2021